FILE COPY

12-12-00042-CV

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR - 1 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 12-0833

| | | |
|---|---|---|
| **APPROXIMATELY TWENTY-EIGHT THOUSAND NINE HUNDRED FIFTY DOLLARS ($28,950.00 IN U.S. CURRENCY) v. THE STATE OF TEXAS** | § § § § § § | **Smith County, 12th District.** |

**February 15, 2013**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, APPROXIMATELY TWENTY-EIGHT THOUSAND NINE HUNDRED FIFTY DOLLARS ($28,950.00 IN U.S. CURRENCY), pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 28th day of March, 2013.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk

## The Twelfth Court of Appeals

Tyler, Texas

**Supreme Court No.**     **12-0833**

**Court of Appeals No.**     **12-12-00042-CV**


**Please note Rule 18.5 TEX. R. APP. P.:**  If the Supreme Court declines to grant review, any unpaid Supreme Court costs must be included in the court of appeals' mandate.  If any fees remain outstanding in the above case, a fee list will accompany this receipt.

Certified Copy of order in the above case received in the _____ Court of Appeals on _____.


By_____
     Deputy Clerk